UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

James J. Polidora,

        Plaintiff,

—v—

Dagostino & Associates,

        Defendant.

---

NOV 1 5 2019

19-cv-1290 (AJN)

ORDER ~~TO SHOW CAUSE~~

ALISON J. NATHAN, District Judge:

On October 1, 2019, Defendant moved to dismiss Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim. Dkt. No. 26. On November 5, 2019, Plaintiff filed a response to that motion. Dkt. No. 37. As Defendant noted in its letter that day, Dkt. No. 38, Plaintiff's memorandum of law exceeded the page limit contained in the Undersigned's Individual Rule 3.B. Plaintiff's response also contained an amended pleading, Dkt. No. 37 Ex. 36, even though Plaintiff had not notified the Defendant or the Court of his intention to amend his pleading, as required by the Undersigned's Rule 3.F.i.

The Court hereby STRIKES Plaintiff's memorandum of law and the attached amended pleading. Plaintiff is ordered to file *either* an amended complaint *or* a memorandum of law that complies with the Undersigned's page-limit requirement no later than November 19, 2019.

SO ORDERED.

Dated: November 14, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge