USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. POLIDORA,

Plaintiff,

-against-

D'AGOSTINO & ASSOCIATES,

Defendant.

19-CV-1290 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendant's letter-application dated April 1, 2021 (Dkt. No. 66), raising a discovery dispute. If plaintiff intends to respond, his responding letter must be filed no later than **April 8, 2021**, and must comply with Moses Ind. Prac. § 1(d). Defendant's optional reply letter will then be due no later than **April 12, 2021**. The Court will address the dispute during the previously-scheduled status conference on April 14, 2021.

Dated: New York, New York
April 7, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**