```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. POLIDORA,

        Plaintiff,

-against-

D'AGOSTINO & ASSOCIATES,

        Defendant.

19-CV-1290 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic status conference, defendant's letter-motion dated April 1, 2021 (Dkt. No. 66) is GRANTED to the extent that defendant need not respond to plaintiff's Requests for Admission (RFAs) dated March 10, 2021. Plaintiff may, however, serve new RFAs at the conclusion of fact depositions (and no later than May 14, 2021), provided that those RFAs comply with Fed. R. Civ. P. 36.

    The Court will conduct a further status conference on **June 15, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than **June 8, 2021**, the parties shall file a joint status letter, updating the Court on the progress of discovery to date.

    The Clerk of Court is respectfully directed to close the letter-motions at Dkt. Nos. 66 and 71.

Dated: New York, New York
       April 14, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**