

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES POLIDORA,

        Plaintiff,

  -against-

D'AGOSTINO & ASSOCIATES,

        Defendant.

19-CV-1290 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The undersigned magistrate judge has received, by U.S. Mail, a letter dated September 22, 2021 from the plaintiff, which primarily seeks reconsideration of my Order dated September 16, 2021 (Dkt. No. 102). The letter is signed personally by plaintiff James Polidoro and copied to the assigned district judge, but not to either party's counsel of record. In the letter, plaintiff requests that the Court "accept this submission in camera, so as not to prejudice my claim."

    Plaintiff's request to submit his September 22 letter *in camera* – that is, for the Court's eyes only – lacks any cognizable basis and is therefore DENIED. Had the letter been submitted by plaintiff's counsel of record, it would be posted on the public docket of this action. Under the circumstances, however, the Court concludes that the better course is to reject the letter for filing entirely, given that it is an unauthorized *pro se* submission from a represented party. *See Mitchell v. Senkowski*, 2006 WL 3063464, at *2 (N.D.N.Y. Oct. 26, 2006) ("the Court refuses to accept Plaintiff's *pro se* Motion to vacate because he continues to be represented by an attorney"); *Davidson v. Scully*, 1995 WL 104020, at *9 (S.D.N.Y. Mar. 8, 1995) (since plaintiff was represented by counsel, "the Court can find no error in the Magistrate Judge's disregard of Plaintiff's *pro se* submissions, and the Court has, itself, disregarded those submissions in resolving this motion").

    Plaintiff's September 22, 2021 letter will not be docketed. The Court will not entertain this or any other *pro se* applications so long as plaintiff is represented by counsel.

Dated: New York, New York
       October 4, 2021

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**