```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. POLIDORA,

        Plaintiff,

-against-

D'AGOSTINO & ASSOCIATES,

        Defendant.

19-CV-1290 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic discovery conference, it is hereby ORDERED that:

1. The deadline for completion of expert discovery, including expert depositions, remains **February 15, 2022**.

2. During today's conference, counsel confirmed that at present they each expect to depose each opposing expert. If that changes, counsel shall *promptly* (and in no event later than **January 14, 2022**) notify the opposing party of any expert deposition cancellations**.**

3. The next status conference will take place on **February 10, 2022**, at **11:00 a.m.**, in **Courtroom 20A** of the Daniel Patrick Moynihan United States Courtroom, 500 Pearl Street, New York, NY 10007. The parties shall submit a joint letter updating the Court as to the status of discovery, as well as any settlement efforts, no later than **February 3, 2022.**

Dated: New York, New York
December 13, 2021        SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**