USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. POLIDORA,

   Plaintiff,

-against-

D'AGOSTINO & ASSOCIATES,

   Defendant.

19-CV-1290 (AJN) (BCM)

**ORDER RE CAPTION**

**BARBARA MOSES, United States Magistrate Judge.**

  It has once again come to the Court's attention that the name of the plaintiff, which was misspelled on his original *pro se* Complaint (Dkt. No. 1) and many later filings, remains misspelled in the caption of this action. Similarly, the name of the defendant law firm, as given in the Complaint and listed in the caption of this action, is not, according to its counsel, the firm's correct name.

  If the parties wish to amend the case caption, they are directed to submit an appropriate stipulation in advance of the post-discovery conference scheduled to take place (telephonically) before Judge Nathan on February 25, 2022.

Dated: New York, New York
   February 16, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**