UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Polidoro,

        Plaintiff,

—v—

The Law Firm of Jonathan D'Agostino, P.C.,

        Defendant.

19-cv-1290 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to scheduling conflicts, the post-discovery conference scheduled for February 25, 2022, is canceled. The parties are ordered to file any summary judgment motions by March 25, 2022. Any responses must be filed by April 15, 2022, and any replies must be filed by April 22, 2022.

SO ORDERED.

Dated: February 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge