```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. POLIDORO,

        Plaintiff,

-against-

THE LAW FIRM OF JONATHAN D'AGOSTINO, P.C.,

        Defendants.

19-CV-01290 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Defendant has moved for summary judgment (Dkt. No. 126) and to preclude the expert testimony of Steven D. Shedlin. (Dkt. No. 127.) Both motions are within the scope of my reference. (Dkt. No. 128.) The Court notes that if the summary judgment motion is granted, the motion to preclude will be moot. Consequently, the Court will hold briefing on the motion to preclude in abeyance while the summary judgment motion proceeds, on the following schedule:

    Opposition papers will be due on **April 22, 2022**.

    Reply papers will be due on **May 6, 2022**.

    Strict compliance with Fed. R. Civ. P. and Local Rule 56.1 will be required. *See* Moses Ind. Prac. § 2(c). The Court requires courtesy copies of the parties' motion papers, neatly bound, with tabs. *See id*. § 2(g). Principal briefs are limited to 25 pages; reply briefs are limited to 10 pages. *See id.* § 2(f). Any party may request oral argument. The Court will determine whether and when to schedule argument. *See id.* § 2(i).

Dated: New York, New York
       March 30, 2022

                           **SO ORDERED**.

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**